# EXHIBIT A

## Communications between Plaintiff and Third Parties

---

**(no subject)**

| | |
|---|---|
| ███████████████ ████████ | Mon, Sep 9, 2019 at 8:28 PM |
| To: ████████████████████████████████ | |

Ok, discussion:

- I am legitimately fearful to do this interview now because ████████ knows where I'd be, the exact location, likely hotels that I'm staying at or the general neighborhood, and the time.

████████ **has a history of making false claims of me stalking her.** She submitted a **frivolous police report with the LAPD against** ███████████ and says that he was spotted outside of her residence in LA.

I'm worried that if I do this, the same night I am sleeping over at a hotel before the show, ████████ will go to the police and say that she spotted me outside of her residence or some other crazy nonsense.

Not sure if I can do the show...

The producers should have never considered her and listened to my warnings from the first phone call when they said they were considering her and I begged them to choose somebody else.

thoughts?

## (no subject)

Mon, Sep 9, 2019 at 10:58 PM

To: ██████████████████████████████

You are going to crack up laughing maybe. Admittedly this is absurd... but necessary.

I just purchased and got rush-shipping for a Time Lapse camera to take pictures of me every few seconds while I am in Los Angeles. Going to leave on a night light when I go to sleep and keep it pointed at me overnight. Also will carry it around with me everywhere I go from when I get off of the plane to when I get on the plane to when I check in to my flight back home.

https://www.amazon.com/gp/product/B00EA1EODE/ref=ppx_yo_dt_b_asin_title_o00_s00?ie=UTF8&psc=1






**(no subject)**

Tue, Sep 10, 2019 at 12:29 AM

To:

**Arriving tomorrow by 9pm**

Brinno BCC100 Time Lapse Camera, Perfect for Construction and Outdoor Security –
Includes Wall Mount and Weather Resistant Outdoor Housing
Sold by: GlobalEcom   ·   Product question? Ask Seller
$199.00

Buy it again

Track package

Order details

Cancel items

Ask Product Question

Archive order

On Mon, Sep 9, 2019 at 11:15 PM                                    wrote:
Great. Now you can get some sleep. 😊

💙💙💙

## Communications between Plaintiff and Defendant Azeff



**Althea Azeff**
to me ▾
Tue, Jun 4, 2019, 2:27 PM

P.S. AND did I ask you to consider Ph.D. not meaning highly intelligent always. Do you remember someone in our lives . . . ?????
Fake Ph.D., fake Parkinsons . . . ?????

to Althea ▾
Tue, Jun 4, 2019, 2:30 PM

True but pretty sure her PhD is legitimate. But doesn't mean that she's ethical.

---

**that woman**   Inbox ×

**Althea Azeff**
to me ▾
Jun 4, 2019, 2:12 PM

Even though I can't go deep until post-trial, I researched that woman (in in-private mode) (don't want to use her name in case Gmail picks it up) . . . she really strikes me as . . . unstable mentally. Do you think that is going to be her defense?

to Althea ▾
Jun 4, 2019, 2:16 PM

No idea. She's highly intelligent, though, and has a PhD. She gets quoted in a ton of articles. She's highly effective and these plans seem very thought-out, not haphazard, designed to tear down critics with accusations.

So I think that would be tough to argue.

The write-up about me was very undetailed. In reality she says that I threatened to rape her, am stalking her, reported to FBI and LAPD, etc etc, and tried to contact multiple journalists to pitch national stories about it.

Here's the original write-up for the lawsuit sent to his lawyers not in affidavit form that I need to modify this week to be more legalese.



**Althea Azeff** 

to me ▾

Jun 4, 2019, 2:19 PM  ☆  ↩  ⋮

I will read what you wrote and all of the legal stuff AFTER trial.

EVEN smart people can be very devious, evil, and even play the victim. Don't forget that! Maybe she's scheming and doing awful things BUT also planning to play the victim and rely on mental health or the like. That's just something I'm "smelling" if motions to dismiss and/or other procedural things fail and she has to face court some day . . .

•••



to Althea ▾

Jun 4, 2019, 2:25 PM  ☆  ↩  ⋮

I understand. All of the legal stuff has my head buzzing too much. In conjunction with the kitties and being too cold last night, and being super stimulated from all of the nonsense, I didn't get to bed until FIVE AM last night!! Sucks. A walking zombie today. But surely you can relate.

package  ↪  Inbox ✕                                                           🖶  ⬈



**Althea Azeff** 

me ▾

Mon, Feb 17, 2020, 1:43 PM  ☆  ↩  ⋮

Thank you for the package and card, which I just received today (haven't been to the mail since Friday, so might have arrived earlier). ▮▮▮▮▮ did you make that hat? If so, I will wear and wash it with great care. And the K cups are appreciated.

Hope you are both doing well ▮▮▮▮ . . . you continue to be silent, so . . . will just hope you will someday share your reason with me . . .

Out for some (oddly sunny today) hiking. Will wear the hat for warmth!

xoxo



(no subject)   Inbox ×

Tue, Jan 28, 2020, 10:10 PM

to Althea

Happy birthday!

I hope that you are doing well.

A card is in the mail.

**Althea Azeff**
to me

Wed, Jan 29, 2020, 12:29 AM

When are you planning to speak to me? Why, exactly,  did you stop?

did you get text ??   Inbox ×

**Althea Azeff**
to me

Mon, Sep 23, 2019, 5:53 PM

And . . . if the second attempt at the stent doesn't take:

## If you can't have a duodenal stent

If a stent isn't suitable or if you are not fit enough to have a stent put in, your doctor will give you medication to manage the sickness as well as any other symptoms, such as pain relief.

Some people may be able to have their stomach drained to stop them being sick. This may be done with a nasogastric tube, which is a thin tube that passes up your nose and down into your stomach. Or occasionally a tube called a venting gastrostomy tube can be inserted through the skin into the stomach. This won't be suitable for everyone, and may not be used that often.







(no subject) ⅀

to Althea ▾

Fri, Dec 7, 2018, 12:58 PM

Happy Hanukkah and Shabbat Shalom. I have a present for Hanukkah going to your house so hope that you're still there. Looking forward to catching up soon, been really swamped currently being targetted by the porn industry which has been mentally very taxing. Hope that you're well and talk soon.

to [          ]Althea ▾

Fri, Dec 7, 2018, 1:09 PM

Thank you for the Hanukkah gifts! The tea will come in handy since just have come down with a cold.

↩ Reply    ⇜ Reply all    ➡ Forward



**(no subject)** ➤ Inbox ×

Sun, Dec 6, 2015, 2:29 PM

to Althea ▾

Happy Hanukkah 2015!

**Althea Azeff**                                    Sun, Dec 6, 2015, 2:43 PM
to me ▾

Right back at you!  Feel free to stop by if you feel like lighting candles.  :- )

On Dec 6, 2015 2:30 PM,                                              wrote:
  Happy Hanukkah 2015!

Sun, Dec 6, 2015, 5:13 PM

to Althea ▾

Kind of had a "bad day" but will stop by sometime this week to light candles? Also have a present for you.
Lemme know when is best?

Sincerely,

•••

**Althea Azeff**                                    Sun, Dec 6, 2015, 8:04 PM
to me ▾

Just let me know when to be here. Thanks.

•••



**June 11, 12, and 13** ⟩ Inbox ×

**Althea Azeff** ▇▇▇▇▇▇▇▇▇▇                     Tue, Mar 19, 2019, 7:40 PM
to me ▾

For the trial on June 12, I will stay overnight somewhere in N. VA that Tuesday and Wednesday night, coming in through Dulles. I arrive around 4:30 pm ET Tuesday, and leave around 5 pm ET Thursday. Wednesday is in court.

If you want to be down there then and connect, I will get a room with two queen beds. Let me know by mid-April. Also, you are completely welcome to attend the trial with me, if you can handle seeing me as a defendant.

Love,
Your mom

**article to read** ⟩ Inbox ×

**Althea Azeff** ▇▇▇▇▇▇▇▇▇▇                     Tue, Jun 4, 2019, 2:45 PM
to me ▾

https://universityhealthnews.com/daily/energy/is-red-bull-bad-for-you-4-reasons-to-skip-these-dangerous-drinks/

▇▇▇▇▇▇▇▇▇▇▇▇▇▇                                 Tue, Jun 4, 2019, 2:48 PM
to Althea ▾

ok....... OK OK OK lol.

I justified it because I said I need it until the program is written. In order to get the first draft done. To get an income again.

Now it's written. Now there's no reason to stay on it.

You're right.

Will start the wean-off process. Incoming withdrawal and headaches!

On Tue, Jun 4, 2019 at 2:45 PM Althea Azeff ▇▇▇▇▇▇▇▇▇▇ wrote:
https://universityhealthnews.com/daily/energy/is-red-bull-bad-for-you-4-reasons-to-skip-these-dangerous-drinks/

▇▇▇▇▇▇▇▇▇▇▇▇                                   Tue, Jun 4, 2019, 2:50 PM
to me ▾

Drink tons of water during the withdrawal and headaches. It will only super hurt for 1 1/2 days . . . then freedom. Go to one black tea in the morning . . .

...

TACOMA WA 983
OLYMPIA WA
2 OCT 2020   PM 2   L

Energy Awareness Month

FOREVER



ˡⁱᵈⁱˡˡˡˡᵢᵢᵢⱼⁱᵢⱼⁱˡᵢⱼˡˡˡˡⱼˡˡⱼⁱⁱ



M2C25E
**Seattle, Washington**

Mount Rainier and Puget Sound. A perfect
day sailing the Sound.

Photo by John F. McAnulty
Printed in Korea

October 2020

7  94460 00001  3

© Distributed by Mich

VA 98032

As always,

Love,
Mom

## that woman
23 messages

**Althea Azeff** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆        Tue, Jun 4, 2019 at 2:11 PM
To: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Even though I can't go deep until post-trial, I researched that woman (in in-private mode) (don't want to use her name in case Gmail picks it up) . . . she really strikes me as . . . unstable mentally. Do you think that is going to be her defense?

**Althea Azeff** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆        Tue, Jun 4, 2019 at 2:38 PM
To: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Okay, good, the more research on her, the better (oppositional research, at that).

NOT ONLY is she hurting the men she accuses (YOU), she is equally hurting women with FALSE accusations. Pisses me off on both levels (but more about you, of course!!).

About those other people . . . how, seriously, can you choose to trust going forward? What is your mechanism to do so?

Also, while ▆▆▆▆▆ is there, maybe you two could play chess at night to unwind. Using the brain actually can help relax the brain.

Lastly, you need to get rid of all redbulls
[Quoted text hidden]

**Althea Azeff** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆        Tue, Jun 4, 2019 at 2:19 PM
To: ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

I will read what you wrote and all of the legal stuff AFTER trial.

EVEN smart people can be very devious, evil, and even play the victim. Don't forget that! Maybe she's scheming and doing awful things BUT also planning to play the victim and rely on mental health or the like. That's just something I'm "smelling" if motions to dismiss and/or other procedural things fail and she has to face court some day . . .
[Quoted text hidden]

**Althea Azeff** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆        Mon, Jun 3, 2019 at 4:53 PM
To: ▆▆▆▆▆▆

It's having the effect of stressing me out further. Let me read them in depth following my upcoming trip/trial. I'm overwhelmed. I've never, ever liked the way law is practiced in the US, so I need to avoid reading these (I previewed but won't dissect at this point) . . . for now. Thank you for sharing . . . just by peeking, she seems utterly bizarre. And insane? Could that be a defense for her? Let's discuss AFTER. Glad, in your situation, you have clearly tons of people on your side, going through the same sorts of things.
[Quoted text hidden]

**Althea Azeff**                                         Thu, Jul 25, 2019 at 12:32 PM
To: ███████████████████

Thank you for sharing both emails with me. Fascinating. She seems like such a piece of work.
[Quoted text hidden]



**Althea Azeff** @

Sep 9, 2019

Go to sleep and sleep well. Make a good decision tomorrow morning. Please let me know what you decide. And decide from strength, not fear.

Wake up in your strength!
Sep 9, 2019 9:33 PM

Sep 10, 2019

Did you decide?
Sep 10, 2019 9:00 AM

Yes doing it but so tired so might be regretting situation going to try to take today easy so that I can sleep usual tonight
Sep 10, 2019 9:18 AM

So proud of you! Please rest very well and banish worry. Embrace you! Please let me know if I can do anything. Yay, you!!!
Sep 10, 2019 10:44 AM

So tired
Sep 10, 2019 10:45 AM

Then go to sleep early tonight!
Sep 10, 2019 11:45 AM

hey

New Message





**< ◁   Althea Azeff @   ▢◁   ☎**

Different for everyone.
Sep 10, 2019 12:31 PM

id wanna give them as much warning as possible
Sep 10, 2019 12:30 PM

Unforeseen illness

Not your job

Unlikely to occur same day.

If you really didn't want to go, you can claim wake up with stomach flu tomorrow

Hmmmmm
Sep 10, 2019 12:30 PM

producers are high pressure people

i dont wanna burn the bridge but really dont wanna go

im exhuasted, not enough sleep for days and days after the ███ stuff started
Sep 10, 2019 12:30 PM

They are not victims

Again, not your job.
Sep 10, 2019 12:30 PM

pushed me int    ⌄

New Message





Althea Azeff @

Sep 11, 2019

Have a safe flight and text me when you land. :- ) xoxo
Sep 11, 2019 10:44 AM

Sep 12, 2019

Landed lol

I was so tired
Sep 12, 2019 8:15 AM

I texted ████ Have a good taking today. Text me when you land back in Pgh. Do you fly tonight?
Sep 12, 2019 9:05 AM

Yes at 155 flying out! Back at 1159 pm
Sep 12, 2019 9:25 AM

Oh, wow, that is a very quick turnaround. How was hotel?

Change flight and come up here first??

How did it go? Are you going through LAX or another airport?
Sep 12, 2019 3:01 PM

Lax

Messages sending really s
Sep 12, 2019 5:12 PM

New Message



Messages sending really slow
Sep 12, 2019 5:12 PM

Have good flights. Call me in between flights if you want.
Sep 12, 2019 5:55 PM

Landed

All good
Sep 12, 2019 11:48 PM

Yay. Now drive safely! Get a good and deep sleep.

Long walk first to van.
Sep 12, 2019 11:51 PM

That was a fun flight it was 35 minutes in the air
Sep 12, 2019 11:52 PM

So quick. Cool.
Sep 12, 2019 11:53 PM

Got really lucky with the weather is coming and it wasn't that great and then leaving it was totally fine
Sep 12, 2019 11:53 PM

I wrote to ▮▮▮▮ earlier about that. So glad you got lucky. Phew.

Big storms.

New Message







Althea Azeff @

Sounds cool.

Good night and drive safely!!
Sep 12, 2019 11:58 PM

Yeah don't worry at all totally have a lot of energy still

Maybe we'll go out partying before going back home!
Sep 12, 2019 11:58 PM

Okay, good. :- )
Sep 12, 2019 11:59 PM

Oh my gosh ████████ is so humid

It's night and day
Sep 12, 2019 11:59 PM

Right!!???

So agree
Sep 12, 2019 11:59 PM

Getting wet just walking outside
Sep 12, 2019 11:59 PM

Exactly.
Sep 12, 2019 11:59 PM

I also have to figure out how to remove this make up for bed
Sep 12, 2019 11:59 PM

New Message