IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ALEXANDER RHODES | ) | |
| | ) | Civil Action No. 2:22-CV-00101 |
| *Plaintiff,* | ) | |
| v. | ) | Honorable Judge W. Scott Hardy |
| | ) | |
| ALTHEA AZEFF | ) | |
| | ) | *Electronically Filed* |
| | ) | |
| *Defendant* | ) | |

**PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE**

Now comes Plaintiff, Alexander Rhodes, by and through undersigned counsel, and hereby moves this Court for permission to perfect service upon Defendant Althea Azeff via email.

There is good cause for Plaintiff's request, as Plaintiff has made reasonable and diligent efforts to serve Defendant Azeff at all known addresses, Defendant Azeff has demonstrated knowledge of this action, and Defendant Azeff has previously used the requested email address to communicate with undersigned counsel.

For these reasons, Plaintiff requests an extension of time to perfect service upon Defendant Azeff.

Respectfully Submitted

/s/ Andrew C. Stebbins
Andrew C. Stebbins (OH 0086387)
Minc LLC
200 Park Avenue, Suite 200
Orange Village, Ohio 44122
T: (216) 373-7706
astebbins@minclaw.com
*Attorney for Plaintiff Alexander Rhodes*