IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| ALEXANDER RHODES | ) | |
| | ) | Civil Action No. 2:22-CV-00101 |
| *Plaintiff,* | ) | |
| v. | ) | Honorable Judge W. Scott Hardy |
| | ) | |
| ALTHEA AZEFF | ) | |
| | ) | *Electronically Filed* |
| *Defendant* | ) | |
| | ) | |

## ORDER

AND NOW, this 31st day of May, 2022, for good cause shown, this Court hereby GRANTS Plaintiff's Motion for Alternative Service. After full consideration, and good cause appearing to the Court, including the Court's finding that service to Defendant's known email address is reasonably calculated, under all circumstances, to apprise interested parties of the pendency of this action, IT IS HEREBY ORDERED THAT:

1. Plaintiff is granted leave to serve Defendant Azeff with the summons of this action at the following email address: althea.azeff@gmail.com

2. Plaintiff shall also make publication of a notice of this lawsuit in a newspaper or legal journal of general circulation in or nearest to the Peoria Heights, Illinois area.

3. Plaintiff shall complete this service within 30 days of signature of this order.

W. Scott Hardy
United States District Judge