IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDER RHODES, )<br>)<br>          Plaintiff, )<br>)<br>  v. )<br>)<br>ALTHEA AZEFF, )<br>)<br>          Defendant. ) | No. 2:22-cv-0101-WSH |

## ORDER

AND NOW, this 27h day of July 2022, upon consideration of Defendant Althea Azeff's "Motion to Dismiss", "Motion to Transfer Venue", and "Motion to Dismiss" (Docket Nos. 23, 24, and 26), wherein she argues that dismissal is warranted for failure to state a claim pursuant to Fed. R. Civ. P. 12(b), and seeks to transfer Venture to an unspecified jurisdiction, IT IS HEREBY ORDERED that said Motions are DENIED, given that motions asserting any such defenses "must be made before pleading if a responsive pleading is allowed," (*see* Fed. R. Civ. P. 12(b)), and Defendant Azeff previously filed an Answer to Plaintiff's Amended Complaint. (Docket No. 21).

                                                            *s/ W. Scott Hardy*
                                                            W. Scott Hardy
                                                            United States District Judge

cc/ecf: All Counsel of Record

       Althea Azeff (via email)
       althea.azeff@gmail.com